**NORTON ROSE FULBRIGHT US LLP**
Mayling C. Blanco
1301 Avenue of the Americas
New York, New York  10019-6022
Telephone:      (212) 318-3000
Facsimile:       (212) 318-3400
mayling.blanco@nortonrosefulbright.com

*Attorneys for Defendant*
*Village Practice Management Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOFIYA ANISIMOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>VILLAGE PRACTICE MANAGEMENT COMPANY, LLC d/b/a CITYMD,<br><br>Defendant. | Case No. 2:25-cv-18881-JXN-CF<br><br>**STIPULATION AND CONSENT ORDER TO CONSOLIDATE AND STAY CASE PENDING MEDIATION** |

Plaintiff Sofiya Anisimova and defendant Village Practice Management Company, LLC through their respective undersigned counsel, hereby stipulate as follows:

**WHEREAS**, plaintiff filed a putative class action against defendant in the Eastern District of New York on October 31, 2024 alleging claims arising out of the alleged collection and use of patient data related to defendant's website (the "*Anisimova* Matter");

**WHEREAS**, there is a pending consolidated class action complaint case captioned, *In re CityMD Privacy Litigation*, Civil Action No. 24-cv-6972 (JXN)(CF) alleging similar claims (the "*In re City MD Privacy Litigation* Matter");

**WHEREAS**, on November 21, 2025, the *Anisimova* Court granted defendant's motion to change venue from the Eastern District of New York to the District of New Jersey finding, *inter alia*, that the claims and parties in the putative class action are substantially similar to the *In re*

*CityMD Privacy Litigation* Matter.

**WHEREAS**, the case was transferred to this District on December 22, 2025 and on December 30, 2025 assigned Judge Julien Xavier Neals and Magistrate Judge Cari Fais, before whom the *In re CityMD Privacy Litigation* Matter is also pending;

**WHEREAS**, the parties in the *Anisimova* Matter and the *In re CityMD Privacy Litigation* Matter have agreed to mediation before Jill R. Sperber, Esq. on March 26, 2025;

**WHEREAS**, the *In re CityMD Privacy Litigation* Matter has been stayed pending the mediation and the parties are ordered to submit a joint status report on April 16, 2026 to update the Court on the status of mediation;

**WHEREAS**, the *Anisimova* parties met and conferred regarding consolidating the *Anisimova* Matter with the *In re CityMD Privacy Litigation* Matter, and also staying the *Anisimova* Matter pending mediation;

**WHEREAS**, the parties in the *In re CityMD Privacy Litigation* Matter do not object to consolidation of the two matters;

**WHEREAS**, the *Anisimova* parties believe that it would be in the best interest of the parties to await the outcome of mediation prior to proceeding with further litigation;

**NOW, THEREFORE**, based upon the foregoing, contingent upon permission of the Court, the parties hereby stipulate to consolidate this matter with the *In re CityMD Privacy Litigation* Matter and stay the case pending the scheduled mediation before Jill R. Sperber, Esq. As ordered in the *In re CityMD Privacy Litigation* Matter, the parties will also submit a joint status report on April 27, 2026 to update the Court on the status of mediation.

Respectfully submitted,

**BURSOR & FISHER, P.A.**

Dated: January 5, 2026

*/s/ Alec M. Leslie*
Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail:        aleslie@bursor.com

Sarah N. Westcot (*pro hac vice forthcoming*)
Stephen A. Beck (*pro hac vice forthcoming*)
701 Brickell Ave., Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-Mail:        swestcot@bursor.com
               sbeck@bursor.com

*Attorneys for Plaintiff*

**NORTON ROSE FULLBRIGHT US LLP**

Dated: January 5, 2026

*/s/ Mayling C. Blanco*
Mayling C. Blanco
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Email: mayling.blanco@nortonrosefulbright.com

Yvonne Puig, pro hac vice
98 San Jacinto Boulevard,
Suite 1100,
Austin, TX 7870
Telephone: (512) 536 2450
Email: yvonne.puig@nortonrosefulbright.com

Jeffrey Margulies, pro hac vice
Yi (Eva) Yang, pro hac vice
555 South Flower Street,
Forty-First Floor,
Los Angeles, CA 90071

Telephone: (213) 892 9311
Email: jeffrey.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

*Attorneys for Defendant*
*Village Practice Management Company, LLC*

For the reasons stated in the parties' joint stipulation, the request is granted, and the above-captioned case is consolidated with the *In re CityMD Privacy Litigation* Matter and stayed pending mediation.

The parties shall submit a joint status report on April 27, 2026, updating the Court on the status of settlement negotiations.

**SO ORDERED.**

Dated: 1/6/2026

                                       Honorable Julien Xavier Neals,
                                       United States District Judge